## DAVIS v. GARDEN HILLS CORPORATION.

PER CURIAM. .1. A general demurrer to a petition should not be sustained if the facts entitle the plaintiff to any of the substantial relief prayed. *McLaren* v. *Steapp*, 1 *Ga.* 376; *Dyson* v. *Washington Telephone Co.*, 157 *Ga.* 67 (3) (121 S. E. 105); *Blaylock* v. *Hackel*, 164 *Ga.* 257 (5) (138 S. E. 333); *Arteaga* v. *Arteaga*, 169 *Ga.* 595 (4) (151 S. E. 5).

2. The petition in this case set forth facts which entitled the plaintiff to some of the substantial relief prayed; and the Court of Appeals erred in affirming the judgment of the trial judge sustaining the general demurrer and dismissing the petition.

*Judgment reversed. All the Justices concur, except Hill, J., who dissents.*

No. 7356. FEBRUARY 21, 1931. REHEARING DENIED FEBRUARY 28, 1931.

*Charles W. Anderson,* for plaintiff.
*Alston, Alston, Foster & Moise,* for defendant.